UNITED STATES of America,
Plaintiff–Appellee,

v.

Carlos Fontez CALHOUN, a.k.a.
William Allen Anderson,
Defendant–Appellant.

No. 07–14607

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 16, 2008.

William Scott Brower, Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Scott Brower, Birmingham, AL, for Defendant–Appellant.

Before BIRCH, DUBINA and FAY, Circuit Judges.

PER CURIAM:

W. Scott Brower, counsel for Carlos Fontez Calhoun, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdrawn is **GRANTED** and Calhoun's convictions and sentences are **AFFIRMED.** Appellant's motion for appointment of new counsel is **DENIED** as moot.